IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY KERMIT RANKIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:18-cv-1670 |
| ) | Judge Nora Barry Fischer |
| ERIC TICE, DISTRICT ATTORNEY OF ) | Magistrate Judge Maureen P. Kelly |
| ALLEGHENY COUNTY, PENNSYLVANIA, ) | |
| ATTORNEY GENERAL OF THE STATE OF ) | |
| PENNSYLVANIA, STEPHEN A. ZAPPALA, ) | |
| JR. and SCI SOMERSET, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

AND NOW, this 31st day of March, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on March 14, 2025, (Docket No. 25), recommending that the amended § 2254 habeas petition filed by Petitioner Larry Kermit Rankin be denied and that certificate of appealability be denied, as his amended § 2254 habeas petition is time-barred, and ordering that any objections be filed within 14 days, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of March 14, 2025, (Docket No. 25), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Amended Petition (Docket No. 14) is DENIED;

IT IS FURTHER ORDERED that no certificate of appealability shall issue as Petitioner has not made a substantial showing of a denial of a Constitutional right; and,

1

An appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly

cc:   LARRY KERMIT RANKIN
      KE-4820
      SCI-FAYETTE
      50 Overlook Drive
      LaBelle, PA 15450
      (via first class mail)